IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KERRICK WATSON											PLAINTIFF

V.										CIVIL ACTION NO. 3:16-cv-987-CWR-FKB

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY										DEFENDANT

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S
MOTION FOR REQUEST OF DETERMINATION OF PRIVILEGE**

Before the Court are Plaintiff's Motion for Request for Determination of Privilege [64], and Motion for Leave to File Document Under Seal [65]. Watson requests that the Court determine whether forty-one pages, which Defendant claims were inadvertently disclosed, are privileged. [64]. Plaintiff's motion is little more than a page in length and unaccompanied by a memorandum of legal authorities, as required by L.U.Civ.R. 7(b)(4). Consequently, the Court is without sufficient information to rule on Plaintiff's motion. Further, Plaintiff did not request a Fed. R. Civ. P. 16(b)(3)(v) conference with the undersigned to address this issue prior to filing the instant motion, as required by section 6(F)(4) of the Case Management Order. *See* [17] at 3. For these reasons, motion [64] is denied without prejudice.

In motion [65], Plaintiff seeks leave to submit under seal the forty-one pages of documents at issue in motion [64]. This motion is also unaccompanied by a supporting memorandum, as required by L.U.Civ.R. 79(e)(3). For this reason, and in light of motion [64] being denied without prejudice, motion [65] is also denied without prejudice.

SO ORDERED, this the 11th day of January, 2018.

                                            /s/ F. Keith Ball
                                            UNITED STATES MAGISTRATE JUDGE