# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KERRICK WATSON**                                                                    **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 3:16-cv-987-CWR-FKB**

**ALLSTATE PROPERTY AND CASUALTY**
**INSURANCE COMPANY**                                             **DEFENDANT**

## ORDER

Before the Court is Allstate's Urgent and Necessitous Motion for Leave to Take the Trial Deposition of a Fact Witness, Lloyd "Rocky" Ray [227]. The Court, having determined that the motion qualified for expedited briefing pursuant to L.U.Civ.R. 7(b)(8), set an abbreviated briefing schedule and held a hearing on the motion on August 16, 2018.

For the reasons stated on the record at the hearing, the undersigned granted the motion. At the hearing, the undersigned further ordered the following:

1. Ray's trial deposition must be taken no later than August 31, 2018; and

2. Allstate's counsel must accommodate Plaintiff's counsel's schedule so as to minimize any prejudice to Plaintiff.

This the 20th of August, 2018.

                                                                               /s/ F. Keith Ball
                                                          UNITED STATES MAGISTRATE JUDGE