IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KERRICK WATSON**                                                                  **PLAINTIFF**

**V.**                                      **CAUSE NO. 3:16-CV-987-CWR-FKB**

**ALLSTATE PROPERTY AND**                                    **DEFENDANT**
**CASUALTY INSURANCE COMPANY**

## **ORDER**

The undersigned has learned that one of the jurors empaneled to serve in this case has a financial hardship preventing her from affording the daily journey between her home and the United States Courthouse.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall pay the reasonable hotel expenses necessary to lodge the juror in Jackson, Mississippi, from now until the undersigned determines that the juror's service has come to an end.

**SO ORDERED**, this the 11th day of September, 2018.

                                                       s/ Carlton W. Reeves
                                                       UNITED STATES DISTRICT JUDGE