# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KERRICK WATSON**                                                                    **PLAINTIFF**

**V.**                             **CAUSE NO. 3:16-CV-987-CWR-FKB**

**ALLSTATE PROPERTY AND CASUALTY**                 **DEFENDANT**
**INSURANCE COMPANY**

## ORDER

For the reasons stated from the bench on September 10, 2018, the following motions in limine are granted:

- Motion IV (Docket No.208)
- Motion V (Docket No. 208)
- Motion VII (Docket. No. 208)
- Motion VIII (Docket No. 208)
- Motion IX (Docket No. 208)
- Motion XVI (Docket No. 215)

For the reasons stated from the bench on September 10, 2018, the following motions in limine are denied:

- Amended Motion I (Docket No. 218)
- Amended Motion II (Docket No. 219)
- Amended Motion III (Docket No. 220)
- Motion VI (Docket No. 208)
- Amended Motion X (Docket No. 221)
- Motion XI (Docket No. 210)
- Amended Motion XII (Docket No. 222)
- Amended Motion XIV (Docket No. 223)
- Motion XV (Docket No. 214)
- Motion XVII (Docket No. 224)

The following motions in limine are moot:

- Motion I (Docket No. 205)
- Motion II (Docket No. 206)
- Motion III (Docket No. 207)

- Motion X (Docket No. 209)
- Motion XII (Docket No. 211)
- Motion XIV (Docket No. 213)

**SO ORDERED**, this the 17th day of September, 2018.

/s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE