IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KERRICK WATSON**                                                              **PLAINTIFF**

V.                                                                              CAUSE NO. 3:16-CV-987-CWR-FKB

**ALLSTATE PROPERTY AND**                                                       **DEFENDANT**
**CASUALTY INSURANCE COMPANY**

## JURY VERDICT

The jury is directed to answer the following questions. The answer to each question must be your unanimous decision.

1. Consistent with the other instructions provided to you, do you find, by a preponderance of the evidence, that Watson has proven that Allstate breached the terms of the insurance policy?

   Yes ✓       No _____

   **If you answered "yes," proceed to answer questions 2. If you answered "no," proceed to question 4 and sign and date the next page of this verdict form.**

2. Consistent with the other instructions provided to you, do you find, by a preponderance of the evidence, that Allstate has proven that Watson made a material misrepresentation?

   Yes _____       No ✓

   **If you answered "yes," proceed to question 4 and sign and date the next page of this verdict form. If you answered "no," proceed to answer question 3.**

3. Consistent with the other instructions provided to you, please itemize the damages that will compensate the plaintiff for the following losses, if any you find:

   a. Dwelling:                       $ 73,394.41
   b. Contents:                       $ 63,751.50
   c. Additional Living Expenses:     $ 3,600.00
   d. Debris and/or Slab Removal:     $ 7,000.00
   e. Emotional Distress:             $ 0.00

4. We, the jury, find for Allstate:       _____

DATE: 9/20/2018        FOREPERSON: